LAW OFFICE OF JULIE M. MCCOY
JULIE M. MCCOY, Bar no. 129640
JACQUELYNE M. NGUYEN, Bar no. 249658
1670 SANTA AVA AVE., SUITE "K"
COSTA MESA, CA 92627

Telephone: (949) 722-0055
Fax: (949) 722-8416

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       vs.<br><br>CHRISTOPHER L. CLARK,<br><br>            Defendant | No. CV A 10-6142<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Christopher L. Clark, in the principal amount of $58,624.27 plus interest accrued to May 6, 2010, in the sum of $35,749.12; with interest accruing thereafter at $5.26 daily until entry of judgment, for a total amount of **$94,373.39**.

DATED: 10/29/2010          By: TERRY NAFISI
                                Clerk of the Court

                                _____
                                Deputy Clerk
                                United States District Court